AO 440   (Rev.8/01) Summons in a Civil Action
UNITED STATES DISTRICT COURT
FOR THE **NEW YORK-NORTHERN**
**SUMMONS IN A CIVIL ACTION**

United States of America
c/o **Gary Valerino   (Nyn7)**
**313 East Willow Street, Suite 201**
**Syracuse, NY   13203**          Case Number: 1:12-CV-1420(GTS/CFH)

v.

  Matthew Tashiro

TO: (Name and Address of Defendant)
      Matthew Tashiro
      **6 Harmon Heights Rd.**
      **Chatham, NY   12037**

      SSN **XXXXXX-6582**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S
ATTORNEY (Name and Address:

      **Gary Valerino   (Nyn7)**
      **313 East Willow Street, Suite 201**
      **Syracuse, NY   13203**

an answer to the complaint which is served on you with this
summons, within 21 days after service of this summons on you,
exclusive of the day of service, or 60 days if you are the
United States or a United States Agency, or an officer or
employee of the United States described in Fed.R. Civ. P. 12
(a)(2) or (3).   If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint.
Any answer that you serve on the parties to this action must be
filed with the Clerk of this Court within a reasonable period of
time after service.

                                  United States District Court
                                  for the **New York-Northern**
                                  **US** Clerk Of Court
                                  **P.O. Box 7367, 100 South Clinton**
                                       **Street**
                                  **Syracuse, NY   13261-7367**
BY:   s/Wendy Lindskoog            DATE:   9/17/12
      DEPUTY CLERK

1